1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANY RECINOS,

                              Plaintiff,

        v.

VISION QUEST CHIROPRACTIC,

                              Defendant.

CASE NO. 3:23-cv-05852-BHS

ORDER

13

14

15

16

        THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's

Report and Recommendation (R&R), Dkt. 6, recommending the Court deny pro se

plaintiff Tiffany Recinos's application for leave to proceed *in forma pauperis* and dismiss

the case without leave to amend. Recinos has not objected to the R&R.

17

18

19

20

21

22

        A district judge must determine de novo any part of a magistrate judge's proposed

disposition to which a party has properly objected. The district judge may accept, reject,

or modify the recommended disposition; receive further evidence; or return the matter to

the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection

requires specific written objections to the findings and recommendations in the R&R.

*United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

1       The R&R details the issues with Recinos's proposed complaint, including her

2   failure to state a plausible claim against Vision Quest Chiropractic.

3       As the Court has informed Recinos in other cases, it will address in a separate

4   order whether Recinos should be barred under 28 U.S.C. § 1651(a) from further

5   vexatious, harassing, and duplicative filings in this District, absent a pre-filing showing

6   of imminent danger to herself or her property. Recinos will have an opportunity to

7   address that issue before any such order is entered.

8       The R&R is **ADOPTED**, Recinos's application to proceed *in forma pauperis* is

9   **DENIED**, and the matter is **DISMISSED without prejudice** and **without leave to**

10  **amend**.

11      The Clerk shall enter a **JUDGMENT** and close the case.

12      **IT IS SO ORDERED**.

13      Dated this 6th day of November, 2023.

14

15

16      BENJAMIN H. SETTLE
        United States District Judge

17

18

19

20

21

22

ORDER - 2