1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANY RECINOS,

                    Plaintiff,

        v.

VISION QUEST CHIROPRACTIC, et al.,

                    Defendants.

CASE NO. C23-5852 BHS

ORDER

        THIS MATTER is before the Court on pro se plaintiff Tiffany Recinos's

"response to Court order with motion for extension of time to file a notice of appeal,"

Dkt. 11. Recinos filed an application for leave to proceed *in forma pauperis* on

September 20, 2023. Dkt. 1. She moved again to proceed *in forma pauperis* on

September 27, 2023. Dkt. 4. On October 17, 2023, she filed a notice of appeal, though the

Court had not yet issued any order. Dkt. 5.

        This Court adopted Magistrate Judge Grady Leupold's Report and

Recommendation (R&R), Dkt. 6, denied Recinos's motion for leave to proceed *in forma*

*pauperis*, and dismissed this case without prejudice and without leave to amend, on

ORDER - 1

1   November 6, 2023. Dkts. 8 and 9. Recinos filed untimely objections to the R&R on

2   November 13, 2023. Dkt. 10. She now apparently seeks an extension of time to appeal

3   the Court's dismissal, Dkt. 11, but the time for appealing that judgment has not yet

4   expired. *See* Federal Rule of Appellate Procedure 4(a)(1)(A) (notice of appeal must be

5   filed within 30 days of entry of judgment).

6       Recinos has filed substantially identical motions in three other cases (of the 30 she

7   has filed in this District, this year). *See Recinos v. Chase Bank*, Cause No. 23-cv-

8   5643BHS at Dkt. 17; *Recinos v. State of Washington, et al.*, Cause No. 23-cv-5568BHS

9   at Dkt. 16; and *Recinos v. State of Washington, et al.*, Cause No. 23-cv-5592BHS at Dkt.

10  8.

11      The motion is **DENIED** and the case remains closed. The Court will not grant

12  Recinos *in forma pauperis* status on appeal.

13      **IT IS SO ORDERED**.

14      Dated this 27th day of November, 2023.

15

16

17                          BENJAMIN H. SETTLE
                            United States District Judge

18

19

20

21

22

ORDER - 2